In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00142-CV**
_____

**CHRISTEN COLE, Appellant**

**V.**

**MERCURY COUNTY MUTUAL INSURANCE COMPANY, Appellee**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 18-03-03593-CV**

**MEMORANDUM OPINION**

The trial court signed an order granting appellee's motion for summary judgment on April 3, 2019. Appellant filed a notice of appeal but failed to file a brief. On September 4, 2019, we notified the parties that appellant's brief was past due and warned that if the brief and a motion for extension of time were not filed, the case would be submitted to the Court on the record alone. The Clerk also notified the parties that submission without briefs could result in dismissal of the appeal for want

1

of prosecution. On September 25, 2019, we notified the parties that the appeal would be submitted to the Court on the record alone on October 16, 2019.

The Clerk has provided notice to appellant that the appeal could be dismissed for want of prosecution for failure to comply with the Court's direction. Appellant has failed to comply with the Court's instruction to prosecute the appeal. Accordingly, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

                                         _____
                                               LEANNE JOHNSON
                                                Justice

Submitted on October 16, 2019
Opinion Delivered October 31, 2019

Before McKeithen, C.J., Kreger and Johnson, JJ.